| Time | Speaker | Note |
|---|---|---|
| 1:49:34 PM | (entry only) | INITIAL APPEARANCE: AUSA M. DiGiacomo, M. Mariano and defts. |
| 1:51:07 PM | | Defts advised they are charged in a criminal complaint -- defts acknowledge receipt of complaint. |
| 1:51:16 PM | | Defts advised charges and penalty range in the event of conviction. |
| 1:52:11 PM | | Deft advised of their rights. |
| 1:52:30 PM | | Defts wish to be represented by counsel. **Deft Perales** reqs ct app atty. Deft sworn, examined and **determined not eligible.** Case will be transferred to MJ Scott. **MARIANNE MARIANO LIMITEDLY ASSIGNED PENDING REVIEW BY MJ SCOTT.** |
| 1:56:17 PM | | **Deft Castillo** indicates his name is Castro not Castillo. Gov't clarifies deft's name, to wit: Castillo shows up on criminal history printouts and that's why there is an a/k/a as well. **COURT ASSIGNS MARIANO FOR TODAY'S PROCEEDING -- DEFT TO COMPLETE FINANCIAL AFF'D W/PTS -- ASSIGNMENT ELIGIBILITY TO BE DETERMINED.** |
| 1:57:43 PM | | **Deft Owens** reqs ct app atty. Deft sworn and examined. |
| 2:00:19 PM | | [AFPD review financial aff'd w/deft Owens off the record] |
| 2:02:48 PM | | Court continues **Owens** examination. **Deft determined ineligible for assignment subject to review by MJ Scott. Mariano limitedly assigned for today's proceeding only.** |
| 2:06:27 PM | | Court states there will be an issue on atty representation for dtn hrg? AFPD concurs. |
| 2:06:39 PM | | **AFPD states more PTS followup forthcoming which will clarify/verify unknown information -- AFPD can assist defts who have issue w/atty assignment.** |
| 2:07:40 PM | | **Conway** reqs ct app atty. Deft sworn and examined -- eligibility uncertain. Court directs for purposes of followup proceeding before MJ Scott at the dtn hrg that <u>defts are eligible for panel counsel at dtn hrg to be determined by MJ Scott if defts should contribute towards defense.</u> |
| 2:12:37 PM | | **AFPD will represent Perales and represent co-defts for this proceeding until panel attys appointed subject to MJ Scott determined if assignments should continue or defts retain attys.** |
| 2:13:09 PM | | Defts advised of their rights to PE. |
| 2:13:25 PM | | AFPD reqs PE be scheduled at the time of dtn hrg. |

FILED
U.S. DISTRICT COURT
W.D. of N.Y.
7/3/07
AT_____ O'C_____ M.
BY_____
TITLE_____

USA v. Jose Perales, et al, 07-M-1056                    Magistrate Judge McCarthy

| Time | Speaker | Note |
|---|---|---|
| 2:13:44 PM | | Gov't moves for dtn for all defts on the basis of risk of flight and Perales status in the US; as to castro: risk of flight/danger and status inthe US -- deft Owens and Conway -- risk of flight/danger. gov't reqs 3 days under the statute |
| 2:18:21 PM | | **7-6-07 at 11 am, dtn hrg and schedule PE  (before MJ Scott)** |
| 2:18:43 PM | | defts remanded to USMS in the interim. |
| 2:18:51 PM | | court query to Perales and Castro re: citizenship? |
| 2:18:58 PM | | **AFPD reqs defts not to anaswer as to their citizenship and waive any consulate issues to be addressed at a later time.** |
| 2:19:19 PM | | AUSA reqs time exclusion from today thru 7-6-07 under STA and Rule 5.1 of Fed Rules of Crim Procedure and 18:3161h1f, etc. -- defts agree -- court adopts counsel's representations as its findings -- written sta order to follow. |
| 2:20:23 PM | | defts remanded. |
| 2:20:25 PM | end | |