# United States District Court

<u>      WESTERN      </u> **DISTRICT OF** <u>      NEW YORK      </u>

UNITED STATES OF AMERICA
        v.
JESUS CASTRO, A/K/A
JESUS CASTILLO

**FILED**

JAN 23 2008

CLERK, US DISTRICT COURT, WDNY

**WAIVER OF INDICTMENT**

CASE NUMBER: 08-CR-

08 CR 014(A)

I, <u>  JESUS CASTRO  </u>, the above named defendant, who is accused of

having knowledge of the actual commission of felonies cognizable by a court of the United States, to wit, possession with intent to distribute marijuana, did conceal the same and did not make the same known to a judge or person of civil or military authority,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on <u>  January 23, 2008  </u> prosecution by indictment and consent that the proceedings may be by information rather than by indictment.

 

_____
JESUS CASTRO
*Defendant*

_____
JEREMY M. SCHWARTZ, ESQ.
*Counsel for Defendant*

Before _____
          *Judicial Officer*
HON. RICHARD J. ARCARA
CHIEF JUDGE, UNITED STATES DISTRICT COURT

Jan. 23, 2008